IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. WRIGHT, JR., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | No. 13-6204 |
| JOHN KERESTES, et al., | : | |
| | : | |
| Respondents. | | |

**ORDER**

AND NOW, this 17th day of November 2014, upon careful consideration of John F. Wright, Jr.'s petition for writ of habeas corpus under 28 U.S.C. § 2254 and the amendment filed March 12, 2014, the Commonwealth's response, the magistrate judge's report and recommendation, and petitioner's objections thereto, **IT IS HEREBY ORDERED** that:

1. Petitioner's objections are overruled;

2. Petitioner's motion to amend/correct (Document #11) filed March 12, 2014, is dismissed and denied;

3. Petitioner's Supplemental Motion to Amend (Document #22) filed October 9, 2014, is dismissed and denied;

4. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is Approved and Adopted;

5. The petition for writ of habeas corpus is **DISMISSED**;

6. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

7. The Clerk shall **CLOSE** this case for statistical purposes.

    s/William H. Yohn Jr.
    William H. Yohn Jr., Judge